UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61009-CIV

**ELBA BRYANT,**

   **Plaintiff,**

v.

**CREDIT ADJUSTMENTS, INC.,**

   **Defendant.**
   _____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the court following a jury verdict in favor of the plaintiff on the Counts I and II of the plaintiff's complaint. This court hereby enters judgment, pursuant to Fed. R. Civ. P. 58, as follows:

1. **FINAL JUDGMENT** is entered in favor of plaintiff Elba Bryant, and against defendant Credit Adjustments, Inc., in the statutory damages amount of $1,000.00 (one thousand dollars), together with post-judgment interest as provided by law, for which let execution issue.

2. The court reserves jurisdiction for the purpose of assessing attorneys' fees and costs.

3. The Clerk **SHALL** close this case and **DENY** any pending motions **AS MOOT**.

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this 20th day of April, 2011.

_____
Daniel T. K. Hurley
U.S. District Judge

*Copies provided to counsel of record*